IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONESTA IP, LLC,<br><br>　　　　Defendant. | Case No. 6:25-cv-00581-KC |

**DECLARATION OF AISHA M. HALEY
IN SUPPORT OF DEFENDANT ONESTA IP, LLC'S OPPOSITION TO BMW'S
MOTION FOR *EX PARTE* TRO AND ANTI-SUIT INJUNCTION**

I, Aisha M. Haley, hereby declare as follows:

1.　　I am a Principal at the law firm of Caldwell Cassady Curry P.C. in Dallas, Texas. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2.　　The document attached as Exhibit 1 is a true and correct copy of Statement of Interest of the United States, *Radian Memory Systems LLC v. Samsung Elecs. Co., Ltd.*, Case No. 2:24-cv-1073 (E.D. Tex. Jun. 24, 2025), ECF No. 52, *available at* https://www.justice.gov/atr/media/1404506/dl?inline.

3.　　The document attached as Exhibit 2 is a true and correct copy of the Declaration of Professor Peter G. Picht, LL.M., dated December 23, 2025.

4.　　The document attached as Exhibit 3 is a true and correct copy of an article, Cross-Border Patent Litigation in the EU Post-BSH v. Electrolux: A New Era of Flexibility, Fish &

1

Richardson, dated September 23, 2025, available at https://www.fr.com/insights/thought-leadership/articles/cross-border-patent-litigation-in-the-eu-post-bsh-v-electrolux-a-new-era-of-flexibility/ (last accessed Dec. 23, 2025).

5. The document attached as Exhibit 4 is a true and correct copy of G. Bacon, *CJEU Reshapes Patent Litigation Landscape*, dated February 28, 2025, available at https://inquisitiveminds.bristows.com/post/102k2cy/cjeu-reshapes-patent-litigation-analysis-of-the-cjeus-decision-in-bsh-v-electro (last accessed Dec. 23, 2025).

6. The document attached as Exhibit 5 is a true and correct copy of Case C-227/23, *Kwantum v. Vitra*, EU:C:2024:914, dated October 24, 2024.

7. The document attached as Exhibit 6 is a true and correct copy of the certified translation of a document in Onesta's Munich litigation against BMW, dated November 6, 2025.

8. The document attached as Exhibit 7 is a true and correct copy of the certified translation of a document in Onesta's Munich litigation against BMW, dated November 6, 2025.

9. The document attached as Exhibit 8 is a true and correct copy of Motion to Dismiss, *Blitzsafe Texas, LLC v. BMW*, Case No. 2:17-CV-00418-JRG (E.D. Tex. Jan. 31, 2018), ECF No. 82.

10. The document attached as Exhibit 9 is a true and correct copy of Motion for Permanent Injunction, *Collision Communications, Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 2:23-cv-587 (E.D. Tex. Dec. 10, 2025), ECF No. 346.

11. The document attached as Exhibit 10 is a true and correct copy of a Finnegan Press Release, *Action Filed to Prevent Foreign Courts from Deciding U.S. Patent Claims*, dated December 15, 2025, available at https://www.finnegan.com/en/firm/news/action-filed-to-prevent-foreign-courts-from-deciding-us-patent-claims.html (last accessed Dec. 23, 2025).

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2025        /s/ *Aisha M. Haley*
                                                        Aisha M. Haley