*Exhibit 6*

[logo:] ƀ

BARDEHLE PAGENBERG - Prinzregentenplatz 7 - 81675 Munich

**Sent via attorney mailbox**

District Court of Munich I
Prielmayerstr. 7
80335 Munich

Munich, November 6, 2025

*Service of records from attorney to attorney per § 195 ZPO!*

**Our reference: B180857VL2 TMS/HAC/Dsm/erm Case number: 21 O 13056/25**

In the case

**Onesta IP, LLC,** 230 Sugartown Road, Suite 100, Wayne, PA 19087, USA

- Plaintiff -

| | |
|---|---|
| <u>Attorney of record</u>: | Peterreins Schley Patent Attorneys and Attorneys PartG mbB, Hermann-Sack-Str. 3 80331 Munich |
| <u>Participating Patent Attorneys:</u> | Peterreins Schley Patent Attorneys and Attorneys PartG mbB, Hermann-Sack-Str. 3 80331 Munich |

versus

**Bayerische Motoren Werke AG,** Petuelring 130, 80809 Munich

- Defendant -

**BARDEHLE PAGENBERG**

Prof. Dr. Tilman Müller-Stoy
mueller-stoy@bardehle.de

Dr. Martin Drews
Martin.Drews@bardehle.de

Prinzregentenplatz 7
81675 Munich
T +49.(0)89.928 05-0
F +49.(0)89.928 05-444
www.bardehle.com

BARDEHLE PAGENBERG
Partnerschaft mbB
Patent Attorneys Attorneys
Munich District Court
Partnership Register 1152
ISO 9001 certified

In cooperation with:

   [logo:] XX
YUSARN AUDREY
www.yusarn.com
Singapore

Page 1

| Germany | Attorneys at Law<br>UPC Representatives ***<br>US Attorney at Law ++ | | Patent Attorneys *<br>European Patent Attorneys **<br>UPC Representatives *** | |
|---|---|---|---|---|
| BARDEHLE PAGENBERG<br>Partnerschaft mbB<br>Patent Attorneys and Attorneys<br>Prinzregentenplatz 7<br>81675 Munich<br>info@bardehle.de<br>VAT DE 129725745<br><br>List of Partners<br>within the meaning<br>of PartGG:<br>www.bardehle.com/<br>de/impressum<br><br>List of Partners<br>in accordance with the<br>German Partnership Act<br>(PartGG):<br>www.bardehle.com/<br>imprint | Johannes Heselberger **/*** | Karin Thanbichler-Brandl | Johannes Lang */**/*** | Henry Selby-Lowndes **/*** |
| | Claus M. Eckhartt | Ronja Schregle *** | Joachim Mader */**/*** | Thomas Schäfer ** |
| | Tilman Müller-Stoy *** | Claudio Reineke | Tobias Kaufmann */**/*** | Maggie Huang */**/*** |
| | Christof Karl */**/***/++ | Jan Lersch | Georg Anetsberger */**/*** | Daniel Werner */**/*** |
| | Philipe Kutschke | Martin Drews *** | Axel Berger */**/*** | Michael-Wolfgang Waschak ** |
| | Jan Bösing *** | Julia Bernatska *** | Patrick Heckeler */**/*** | Marius Fischer */**/*** |
| | Tobias Wuttke *** | Monika Harten *** | Niels A. Malkomes */**/*** | Manuel Grimm */**/*** |
| | Henning Hartwig | Carolin Thurner *** | Christian Haupt */**/*** | Zhicheng Yu **/*** |
| | Nadine Westermeyer *** | Saskia Mertsching *** | Benjamin Ruckert */**/*** | Meike Müller * |
| | Pascal Böhner | Antje Weise *** | Nikolaus Buchheim */**/*** | Michael Horndasch */**/*** |
| | Stefan Lieck *** | Nobuchika Mamine *** | Johannes Möller */**/*** | Siho Chang **/*** |
| | Anna Giedke *** | Lisa Lilge | Alexander Wunsch */**/*** | Markus Ackermann */**/*** |
| | Dominik Woll *** | Markus Morgenroth *** | Maria Kreller-Schober */**/*** | Maximilian Vieweg */** |
| | Michael Kobler *** | Eva Flach | Ralf Heddergott */**/*** | Fabian Laude */** |
| | Christine Fluhme | | Sebastian Müller */**/*** | Niels Gierse */**/*** |
| | Kerstin Galler *** | | Sorel Stan */**/*** | Ann-Kathrin Michel */**/*** |
| | Alexander von Mühlendahl | | Preston Richard **/*** | |
| BARDEHLE PAGENBERG<br>Partnership mbB<br>Patent Attorneys and Attorneys<br>Breite Strasse 27<br>40213 Dusseldorf<br>info.duesseldorf@bardehle.de<br>VAT DE 129725745 | | | Martin Hohgardt */**/*** | |
| | | | Patrick Daum */**/*** | |
| | | | Philipp Bovenkamp */**/*** | |
| | | | Sabrina Smyczek */**/*** | |
| BARDEHLE PAGENBERG<br>Partnership mbB<br>Patent Attorneys and Attorneys<br>Bohnenstrasse 4<br>20457 Hamburg<br>info.hamburg@bardehle.de<br>VAT DE 129725745 | Volkmar Henke *** | Ann-Christine Hug *** | Sabine Kossak */**/*** | |
| | Tilman Müller *** | | Nico Karius */** | |
| | Anita Peter *** | | | |
| | Emely Rohde *** | | | |
| France | Attorneys<br>UPC Representatives *** | | French Patent Attorneys *<br>European Patent Attorneys **<br>UPC Representatives *** | Consultants |
| BARDEHLE PAGENBERG SELAS<br>Attorneys at the bar in Paris<br>SO Square Opéra<br>5 rue Boudreau<br>75009 Paris<br>info@bardehle.fr<br>VAT FR 71800645327 | Julien Fréneaux *** | Frédéric Portal *** | Lionel Vial */**/*** | Jean-Claude Combaldieu |
| | Dominique Dupuis Latour | Céleste Dufournier | | |
| | Rebecca Delorey | Chloé Nicolas | | |
| | Axel Munier *** | Julie Dussaix | | |
| | Clément Jaffray *** | | | |
| Spain | | | Spanish Patent Attorneys *<br>European Patent Attorneys **<br>UPC Representatives *** | |
| BARDEHLE PAGENBERG S.L.<br>Avenida de Diagonal 598, 3o 1a<br>08021 Barcelona<br>info@bardehle.es<br>VAT ES B 53486429 | | | Mathieu de Rooij */**/*** | |
| | | | Cristina Muñoz Menendez ** | |
| | | | David Soler Vilamitjana ** | |

01_25    Please note our General Terms and Conditions and the CVs of our Attorneys at www.bardehle.com
Our offices act legally independent from the other countries' offices in each country and are not liable for those.

[logo:] ᛏ

| | |
|---|---|
| <u>Attorney of record</u>: | Attorneys of<br>BARDEHLE PAGENBERG Partnership mbB<br>Patent Attorneys, Attorneys<br>Prinzregentenplatz 7, 81675 München (case handled by: **Prof. Dr. Tilman Müller-Stoy, Dr. Martin Drews**) |
| <u>Participating Patent Attorneys:</u> | Patent Attorneys of the<br>BARDEHLE PAGENBERG Partnership mbB<br>Patent Attorneys, Attorneys<br>Prince Regentplatz 7, 81675 Munich<br>(case handled by: **Dr. Patrick Heckeler, Dr. Christian Haupt**) |

we announce that we represent the Defendant in cooperation with the patent attorneys of our firm.

The <u>Defendant will defend itself against the action</u> and <u>already at this point objects to the international jurisdiction of the court</u>. The competent forum for the demand for relief based on a U.S. patent is a U.S. court. We reserve the right to present petitions and the grounds for them in separate pleadings.

In addition, we petition for the Defendant that:

> **the time period to respond to the action be extended for at least five months.**

The local legal dispute is part of an extensive and complex set of proceedings pending before the local court (further proceedings: 21 O 12768/25 and 21 O 13057/25). The subject matter is, in principle, a complex international dispute between the parties, which is to be settled in a concentrated manner (at least thus far) before the local court. The Plaintiff is asserting not only the German part of a European patent, but also two US patents for alleged acts in the territory of the USA. According to the undersigned's survey, such a *"long-arm"* patent infringement complex of cases is being managed for the first time in Germany. Although the

[logo:] ♭

present proceedings "only" relate to one of the U.S. patents, the unusual, additional effort associated with the complex of cases will have a significant impact on costs. The three proceedings from the complex of cases will be managed by the same team of lawyers and patent attorneys.

Dr. Martin Drews
Attorney at law
These pleadings were signed electronically, § 130a para. 3 ZPO (*Zivilprozessordnung*[German Civil Code]).

3 | 3

## CERTIFICATION

I, Timothy L. Wood, hereby certify that I am competent to translate from German to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation.

- 20251106_Vertretungsanzeige_Fristverlaengerung_BMW_VL2

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

_Timothy L. Wood_
PRINTED LINGUIST NAME

_Timothy L. Wood_
LINGUIST SIGNATURE

_December 23, 2025_
Date: