IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>    Plaintiff,<br><br>    v.<br><br>ONESTA IP, LLC,<br><br>    Defendant. | Case No. 6:25-cv-00581-KC |

# ORDER

Before the Court is Plaintiff Bayerische Motoren Werke Aktiengesellschaft's Motion for *Ex Parte* Temporary Restraining Order and Anti-Suit Injunction (Dkt. 7). After considering the Motion and subsequent briefing, the Court finds that the Motion should be and is hereby **DENIED** in its entirety. Any previous order temporarily granting relief still in force (Dkt. 16) is **VACATED**.