## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>Plaintiff,<br><br>v.<br><br>ONESTA IP, LLC,<br><br>Defendant. | Case No. 6:25-cv-00581-ADA |

### DEFENDANT ONESTA IP, LLC's NOTICE REGARDING BMW'S TRO AND INJUNCTION MOTION (DKT. 7)

In its motion, BMW sought to an order "preventing Onesta from seeking or enforcing an anti-anti-suit injunction ("AASI") against BMW in Munich."  Mot 3.  Indeed, BMW's briefing repeatedly reflected its concern that Onesta may "seek[] and enforce[] a retaliatory AASI (anti-anti-suit injunction) in Munich."[1]

To be clear on the record, Onesta hereby gives **NOTICE** that it does not intend to request an AASI from the Munich court to enjoin BMW from pursuing its complaint (Dkt. 1) or anti-suit injunction motion ("ASI") (Dkt. 7) in the above-captioned case, regardless of the outcome of BMW's ASI request.  BMW's statements to the contrary are incorrect.  Onesta remains opposed to all other forms of relief sought by BMW in its ASI motion and complaint.

---

[1] Mot. 11–12; *see also id.* 18 ("BMW has good reason to fear that this is exactly what Onesta will do by rushing to the Munich court for a rapid AASI if it receives advance notice of this application."); *id.* ("Onesta is highly likely to seek and enforce a retaliatory AASI in the Munich court—relief 'very swiftly' and 'frequently granted in German patent infringement proceedings' to counter ASIs."); *id.* at 19 ("Onesta will, of course, seek to further entrench itself in Germany by virtue of local AASI procedures the moment it becomes aware of this TRO/ASI motion.") *id.* ("These comments demonstrate the means and intent to fight this case in the Munich court exclusively, leading to a 'substantial threat' that Onesta will obtain and enforce AASI measures in a receptive German forum.").

DATED: January 8, 2026

Respectfully submitted,

*/s/ Jason Cassady*
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:    (214) 888-4849

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

**ATTORNEYS FOR DEFENDANT
ONESTA IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2026, all counsel of record who have appeared in this

case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Jason Cassady*
Jason Cassady