# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>    Plaintiff,<br><br>    v.<br><br>ONESTA IP, LLC,<br><br>    Defendant. | Case No. 6:25-cv-00581-ADA |

**DEFENDANT ONESTA IP, LLC'S NOTICE OF FILING**
**HEARING PRESENTATIONS**

Attached hereto as Exhibits A and B are Plaintiff Bayerische Motoren Werke Aktiengesellschaft's ("BMW") and Defendant Onesta IP, LLC's ("Onesta") hearing presentations, respectively, used during the hearing held on January 13, 2026.

1

DATED: January 13, 2026                              Respectfully submitted,

/s/ Jason D. Cassady
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:   (214) 888-4849

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:   (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

**ATTORNEYS FOR DEFENDANT
ONESTA IP, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Jason D. Cassady
Jason D. Cassady