**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>            Plaintiff,<br><br>    v.<br><br>ONESTA IP, LLC,<br><br>            Defendant. | Case No. 6:25-cv-00581-ADA |

### **DEFENDANT ONESTA IP, LLC'S NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Onesta IP, LLC ("Onesta") hereby appeals to the United States Court of Appeals for the Federal Circuit from the District Court's Order, provided on the record at an oral hearing on January 13, 2026 (*see* Dkt. 26), granting BMW's Motion for Injunction (Dkt. 7) and requiring Onesta immediately terminate its German actions. Onesta appeals from the Court's injunction ruling, as well as from any and all adverse prior rulings, including Dkt. 16 and 22, orders, and determination antecedent to and/or merged into its ruling.

Payment of the required fee of $605.00 is provided with this Notice of Appeal.

DATED: January 13, 2026

Respectfully submitted,

*/s/ Aisha Mahmood Haley*
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:    (214) 888-4849

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

**ATTORNEYS FOR DEFENDANT
ONESTA IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Aisha Mahmood Haley*
Aisha Mahmood Haley