IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, | ) ) ) |
| Plaintiff, | ) No. 6:25-cv-00581 ) |
| v. | ) **JURY TRIAL** |
| ONESTA IP, LLC, | ) ) ) |
| Defendant. | ) ) |

**ORDER CLARIFYING THE COURT'S ORAL RULING
ON BMW'S MOTION FOR ANTI-SUIT INJUNCTION**

On January 13, 2026, the Court orally granted BMW's Motion for Anti-Suit Injunction. Dkt. 26 at 64. Additionally, the Court orally ordered Onesta to terminate its lawsuits in Germany asserting United States patents. *Id*. After further discussion regarding the immediacy of that termination requirement, the Court clarified that they would provide a "window" for Onesta's counsel to request an emergency stay from the Federal Circuit. Dkt. 26 at 69. On January 14, 2026, the Federal Circuit denied Onesta's motion for a temporary stay without prejudice. Dkt. 30.

To make the intention of the Court clear, the Court's oral order granting BMW's Motion for Anti-Suit Injunction and ordering Onesta to terminate its German lawsuits asserting United States patents took immediate effect. However, as stated on the record, the Court intended to provide Onesta with a reasonable "window" to request a stay from the Federal Circuit prior to termination. Dkt. 26 at 69-71. A written order memorializing the Court's reasoning is forthcoming.

1

**SIGNED** this 15th day of January, 2026.

                                      ALAN D ALBRIGHT
                                      UNITED STATES DISTRICT JUDGE