# EXHIBIT A

| | |
|---|---|
| **From:** | Lavenue, Lionel |
| **To:** | Jason Cassady |
| **Cc:** | Daniel Pearson; Berntsen, Matthew; Aisha Haley; Austin Curry; msiegmund@cjsjlaw.com; BMW-OnestaIP; Onesta-BMW |
| **Subject:** | Contempt of Court by Onesta - Order from Judge Albright - BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO |
| **Date:** | Thursday, January 15, 2026 9:48:57 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | shield-advisory.png |
| | chevron-light.png |

Jason –

It's almost 4pm in Germany, and to our knowledge, Onesta has not yet terminated the 2 German cases in Munich on the US patents.

Please provide an update by noon today CT.  If Onesta has not complied with Judge Albright's ruling, we plan file for compliance in the WDTX today.

Regards,

Lionel

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Wednesday, January 14, 2026 6:45 PM
**To:** Jason Cassady <jcassady@caldwellcc.com>
**Cc:** Daniel Pearson <dpearson@caldwellcc.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** (Deferred) Contempt of Court by Onesta - Order from Judge Albright - BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Jason –

Thank you for the response, and I'm sorry about the IT issues (we have them too).  We will hold off on the motion until we hear from you tomorrow.

Regards,

Lionel

---

**From:** Jason Cassady <jcassady@caldwellcc.com>
**Sent:** Wednesday, January 14, 2026 6:42 PM

**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Cc:** Daniel Pearson <dpearson@caldwellcc.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** Re: Contempt of Court by Onesta - Order from Judge Albright - BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

☐ **External email** ☐

Lionel - I'm working towards what you are asking of me. That being said, as you may be aware the Verizon network is down and our firm network is down too. I'm severely limited in my ability to communicate with anyone. So please hold off on your motion and give us the time the Court envisioned when I made my request at the hearing.

If you need to talk. You can try my cell, hopefully it will work. 214-641-7707.

Best,

Jason D. Cassady ||| Caldwell Cassady & Curry

Sent from my mobile email device.

> On Jan 14, 2026, at 4:36 PM, Lavenue, Lionel <lionel.lavenue@finnegan.com> wrote:
>
>> **External sender** <lionel.lavenue@finnegan.com>
>> Make sure you trust this sender before taking any actions.
>
> Daniel –
>
> You well know that the quotation that you cite refers to Rule 65 for purposes of appeal. (Your citation to Rule 11 is unprofessional.)
>
> You well know that Judge Albright has ordered Onesta to terminate the 2 German cases in Munich on the US patents, "now," and Onesta ignores that ruling.
>
> If Onesta does not confirm that Onesta will terminate the 2 German cases in Munich

on the US patents, by 6pm CT today, BMW will file a motion for contempt.

As for the 48-hour window, we merely seek a confirmation that Onesta will comply with the Court's ruling. If it will not, then BMW will file a motion for contempt of Judge Albright's ruling.

Regards,

Lionel

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Wednesday, January 14, 2026 5:18 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** RE: Contempt of Court by Onesta - Order from Judge Albright - BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Lionel,

We don't understand your position. You represented under Rule 11 to the Federal Circuit that "the injunction against Onesta has yet to take effect". Dkt. 7 at 6. What do you contend Onesta is in contempt of, as "there is simply no injunction yet"? *Id.*

As you know, the district court's minutes also do not reflect the result of the hearing. Dkt. 29. We aren't trying to quibble with you, and as we told the Court, we are just trying to protect the rights of our client. As you remember, the district court at least gave us a 48 hour window. Hr'g Tr. At 69:7-11. Please let us know.

Best,
Daniel

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Wednesday, January 14, 2026 3:57 PM
**To:** Daniel Pearson <dpearson@caldwellcc.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>

**Subject:** Contempt of Court by Onesta - Order from Judge Albright - BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

**External sender** <lionel.lavenue@finnegan.com>
Make sure you trust this sender before taking any actions.

Counsel,

On Tuesday, January 13, 2026, Onesta was ordered to terminate the 2 German cases in Munich on the US patents.

Onesta has not complied with the ruling, and Onesta is in contempt for willfully failing to comply with a lawful court order.

Disregarding the ruling from Judge Albright, Onesta also filed a motion to stay with the CAFC, but that motion was just denied (moment ago).

As such, as directed by the Judge Albright, please confirm that Onesta will terminate the 2 German cases in Munich on the US patents - by 6pm CT today.

Please be advised that, if Onesta has not responded by 6pm CT, BMW will file a motion for contempt, seeking both penalties and fees for Onesta's non-compliance.

Judge Albright specifically instructed Onesta to dismiss the 2 cases in Germany "today and "now" and, when Onesta challenged that ruling, emphasized "with all reasonable dispatch."

There is no reason for Onesta to delay the termination of the 2 German cases, and if Onesta does not commit to do so by 6pm CT, BMW will file a motion today for contempt and other remedies.

Regards,

Lionel

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Tuesday, January 13, 2026 9:29 PM
**To:** Daniel Pearson <dpearson@caldwellcc.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-

OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** Your Questions & Our Question - BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Counsel,

BMW opposes any motion to stay the district court's injunction.

Plus, as directed by the Court, please confirm that Onesta will terminate the 2 German cases in Munich on the US patents tomorrow.

Please be advised that, if Onesta has not withdrawn the 2 cases in Germany by the end of day tomorrow, BMW will file a motion to enforce.

Judge Albright specifically instructed Onesta to dismiss the 2 cases in Germany "today and "now" and, when Onesta challenged that ruling, emphasized "with all reasonable dispatch."

There is no reason for Onesta to delay the termination of the 2 German cases, and if Onesta does not do so by the end of the day tomorrow, a motion to enforce will be filed immediately by BMW.

Regards,

Lionel

---

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Tuesday, January 13, 2026 4:57 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>; Daniel Pearson <dpearson@caldwellcc.com>
**Subject:** RE: (With Password, BMW Presentation) BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Lionel,

Onesta intends to file a motion to stay the district court's injunction pending the entire appeal under FRAP 8. Onesta also intends to file a motion to stay the district court's injunction order pending the Federal Circuit's consideration of the Rule 8 motion.

Please confirm BMW opposes.

Thanks,
Daniel

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Monday, January 12, 2026 4:59 PM
**To:** Daniel Pearson <dpearson@caldwellcc.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** (With Password, BMW Presentation) BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

**Warning: Unusual link**
This message contains an unusual link, which may lead to a malicious site. Confirm the message is safe before clicking any links.

Hi Daniel,

The password is:

Finnegan-ASI-2026

Regards,

Lionel

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Monday, January 12, 2026 5:33 PM
**To:** Daniel Pearson <dpearson@caldwellcc.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** (BMW Presentation) BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case

Filings & TRO

Hi Daniel,

Attached are BMW's final slides for tomorrow's hearing.

I will send the password in a separate email (at 5PM Central).

Regards,

Lionel

---

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Monday, January 12, 2026 4:03 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Cc:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** Re: BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Thanks, we will too.

> On Jan 12, 2026, at 2:58 PM, Lavenue, Lionel <lionel.lavenue@finnegan.com> wrote:
>
> **Warning: Unusual link**
> This message contains an unusual link, which may lead to a malicious site. Confirm the message is safe before clicking any links.
>
> Hi Daniel,
>
> Yes, 5:00 p.m. Central today still works for us. We will circulate our final slides by email at that time.
>
> Regards,

Lionel

---

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Monday, January 12, 2026 3:46 PM
**To:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com
**Cc:** BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** RE: BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Lionel,

We can be prepared to exchange at 5PM Central today. Please confirm that you still wish to do so at that time.

Thanks,
Daniel

---

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Monday, January 12, 2026 9:42 AM
**To:** Daniel Pearson <dpearson@caldwellcc.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com
**Cc:** BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

> **Warning: Unusual sender** <lionel.lavenue@finnegan.com>
> You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Counsel,

Following up regarding the exchange of final hearing presentation slides, please confirm that we will exchange final slides by email at **5:00 p.m. CT (6:00 p.m. ET) on Monday, January 12, 2026**.

Regards,

Lionel

**From:** Lavenue, Lionel <lionel.lavenue@finnegan.com>
**Sent:** Saturday, January 10, 2026 5:48 PM
**To:** Daniel Pearson <dpearson@caldwellcc.com>; Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com
**Cc:** BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Counsel,

Pursuant to the instructions from Chambers, we would like to confirm the time for exchanging the oral hearing presentation slides.

We propose exchanging final slides by email at **5:00 p.m. CT (6:00 p.m. ET) on Monday, January 12, 2026**.

If you prefer a different time, please let us know.

Regards,

Lionel

**From:** Daniel Pearson <dpearson@caldwellcc.com>
**Sent:** Thursday, December 18, 2025 7:10 PM
**To:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>; Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>; Onesta-BMW <Onesta-BMW@caldwellcc.com>
**Subject:** RE: BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

Matthew,

For any future correspondence, please include the distribution list Onesta-BMW@caldwellcc.com.

Thanks,
Daniel

**From:** Berntsen, Matthew <Matthew.Berntsen@finnegan.com>
**Sent:** Wednesday, December 17, 2025 10:39 AM
**To:** Aisha Haley <ahaley@caldwellcc.com>; Austin Curry <acurry@caldwellcc.com>; Daniel Pearson <dpearson@caldwellcc.com>; Jason Cassady <jcassady@caldwellcc.com>; msiegmund@cjsjlaw.com
**Cc:** Lavenue, Lionel <lionel.lavenue@finnegan.com>; BMW-OnestaIP <BMW-OnestaIP@finnegan.com>
**Subject:** BMW AG v. Onesta, 6:25-cv-00581-ADA (W.D. Tex.) - Case Filings & TRO

**Warning: Unusual sender** <matthew.berntsen@finnegan.com>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

Counsel,

Each of you is being granted access to the following link on Box to access BMW AG filings as well as the Temporary Restraining Order granted by the Court in the above-referenced matter:

https://finnegan.box.com/s/2p9boixu0d9jwqfqsg91vkb5kc8mkhbr

Please let us know if you have any difficulties accessing the documents.

Best,
Matt

--

**Matthew C. Berntsen**
Partner | Firm Bio | LinkedIn
(he/his)
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Seaport Lane, Sixth Floor, Boston, MA 02210-2001
p: 617.646.1618 | f: 617.646.1666 |
matthew.berntsen@finnegan.com | www.finnegan.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have

received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.