# EXHIBIT B

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,**
*Plaintiff-Appellee*

v.

**ONESTA IP, LLC,**
*Defendant-Appellant*

---

2026-1338

---

Appeal from the United States District Court for the Western District of Texas in No. 6:25-cv-00581-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

PER CURIAM.

### ORDER

On January 13, 2026, the District Court orally stated that it "is going to grant [appellee]'s motion for a preliminary injunction" and that a "written order" is forthcoming. ECF No. 2 at 84. Appellant moves for a "temporary stay while the parties brief and this Court rules upon" its "forthcoming motion to stay the [D]istrict [C]ourt's ruling

2     BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT v.
ONESTA IP, LLC

pending appeal." *Id.* at 8. Appellee opposes, arguing, among other things, that the injunction "has yet to take effect" and that the District Court has not "enter[ed] its final judgment on injunctive relief." ECF No. 7 at 12, 14 n. 2. Appellant replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied without prejudice to Appellant seeking relief in connection with its anticipated motion to stay pending appeal.

FOR THE COURT

January 14, 2026
Date

Jarrett B. Perlow
Clerk of Court