IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, <br><br> Plaintiff, <br><br> v. <br><br> ONESTA IP, LLC, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 6:25-cv-00581 <br> ) <br> ) <br> ) **JURY TRIAL** <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING BMW'S MOTION TO ENFORCE ANTI-SUIT INJUNCTION TO DISMISS GERMAN PROCEEDINGS THAT ASSERT U.S. PATENTS AND MOTION FOR AN ORDER TO SHOW CAUSE WHY ONESTA SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Before the Court is Plaintiff Bayerische Motoren Werke Aktiengesellschaft ("BMW")'s Motion to Enforce Anti-Suit Injunction to Dismiss German Proceedings and Motion for an Order to Show Cause Why Onesta Should Not be Held in Contempt. Having considered the motion, the record, and the arguments of counsel, the Court finds that the Motion should be and is hereby **GRANTED** in its entirety. The Court further **ORDERS** Onesta to show cause why it should not be held in civil contempt of the Court's January 13, 2026 anti-suit injunction for non-compliance.

The Court hereby **ORDERS**:

1. Effectively immediately, Onesta shall (a) take all steps necessary to discontinue or dismiss the German proceedings asserting U.S. patents and any related applications, requests, or enforcement efforts premised on U.S. patents asserted in Germany against BMW; (b) serve this Order on its German counsel; and (c) file on this docket a sworn declaration, attaching documentation from the German court(s), certifying full compliance.

2. Unless and until modified by this Court, Onesta is **ENJOINED** from commencing or prosecuting any foreign action asserting U.S. patents against BMW during the pendency of this action or in a manner that circumvents the January 13, 2026 anti-suit injunction.

3. If Onesta has not filed the required sworn declaration of full compliance before the end of the next calendar day, the Court may set an expedited show-cause hearing and may impose penalties and sanctions, including but not limited to daily coercive fines, adverse inferences, or case-dispositive relief, as warranted, including but not limited to fees for BMW.  The Court warns that the gross non-compliance shown by Onesta may satisfy the exceptional circumstances for purposes of the recovery of fees and costs, pursuant to Section 285.

4. The Court retains jurisdiction to enforce, modify, and supplement this Order and to impose such additional relief and/or sanctions as may be necessary to secure compliance and to remedy any continuing harm.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
**Hon. Alan D. Albright**
**United States District Judge**