NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,**
*Plaintiff-Appellee*

v.

**ONESTA IP, LLC,**
*Defendant-Appellant*

———————————

2026-1338

———————————

Appeal from the United States District Court for the Western District of Texas in No. 6:25-cv-00581-ADA, Judge Alan D Albright.

———————————

**ON MOTION**

———————————

PER CURIAM.

## O R D E R

Onesta IP, LLC files a renewed motion for a temporary stay of the District Court's injunction order "while the parties brief Onesta's forthcoming motion to stay the order pending appeal." ECF No. 13 at 12. The appellee ("BMW") opposes the motion.

2       BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT v.
ONESTA IP, LLC

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  Onesta's renewed motion is granted to the extent that the District Court's order is temporarily stayed pending further order of this court.

(2)  Onesta's anticipated Rule 8 motion is due no later than seven days from the date of entry of the District Court's written order on the injunction.  Any response is due no later than seven days after service of the motion, and any reply is due no later than three days thereafter.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 16, 2026
Date