**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>        Plaintiff,<br><br>    v.<br><br>ONESTA IP, LLC,<br><br>        Defendant. | C.A. No. 6:25-cv-00581-ADA<br><br>**JURY TRIAL** |

**NOTICE OF WITHDRAWAL
OF PLAINTIFF BMW'S CORRECTED MOTION TO ENFORCE ANTI-SUIT
INJUNCTION TO DISMISS GERMAN PROCEEDINGS THAT ASSERT U.S.
PATENTS AND MOTION FOR AN ORDER TO SHOW CAUSE WHY ONESTA
SHOULD NOT BE HELD IN CONTEMPT OF COURT**

Plaintiff Bayerische Motoren Werke Aktiengesellschaft ("BMW") respectfully submits this Notice of Withdrawal of its previously filed Corrected Motion to Enforce Anti-Suit Injunction to Dismiss German Proceedings that Assert U.S. Patents and Motion for Order to Show Cause Why Onesta Should Not Be Held in Contempt of Court (Dkt. 33).

The following timeline of events has necessitated this Notice of Withdrawal:

- On January 13, 2026, this Court orally granted BMW's motion for an anti-suit injunction (ASI) and specifically ordered Defendant Onesta IP, LLC ("Onesta") to terminate the German proceedings asserting U.S. patents "now." Dkt. 26 at 65:7-11.

- On January 13, 2026, at or around 8:00 pm CT, Onesta filed a first emergency motion with the Federal Circuit seeking a temporary stay pending its anticipated Rule 8 motion. The parties fully briefed this motion—including BMW's response and Onesta's reply—in less than 24 hours. *See* Dkt. 28.

- On January 14, 2026, the Federal Circuit denied Onesta's emergency motion without prejudice. *See* Dkt. 30.

- On January 15, 2026, the Court entered an Order Clarifying the Court's Oral Ruling, noting "the Court's oral order granting BMW's Motion for Anti-Suit Injunction and ordering Onesta to terminate its German lawsuits asserting United States patents took immediate effect." Dkt. 31 at 1.

- On January 15, 2026, BMW filed a motion with this Court seeking enforcement of the ASI and for an order to show cause why Onesta should not be held in civil contempt for failing to comply with this Court's order to terminate its German proceedings asserting U.S. patents. Dkt. 33.

2

- On January 16, 2026, Onesta filed a second emergency motion with the Federal Circuit requesting a stay of this Court's anti-suit Order pending the Federal Circuit's ruling on Onesta's second Rule 8 motion. *See* Appellant Onesta IP, LLC's Renewed Emergency Motion to Stay The District Court's Injunction Order Pending This Court's Ruling on Appellant's Rule 8 Motion, No. 2026-1338 (Fed. Cir. Jan. 16, 2026). In mere hours, BMW filed a response to Onesta's second emergency motion. *See* BMW AG's Opposition to Onesta's Renewed Emergency Motion to Stay The District Court's Injunction Order Pending This Court's Ruling on Appellant's Rule 8 Motion, No. 2026-1338 (Fed. Cir. Jan. 16, 2026).

- Subsequently, on the same day, January 16, 2026, at 3:31 PM ET, the Federal Circuit granted a temporary stay pending further order and tied the Rule 8 briefing schedule to entry of the district court's written injunction order. The Federal Circuit's order set the following briefing schedule:

    > Onesta's anticipated Rule 8 motion is due no later than seven days from the date of entry of the District Court's written order on the injunction. Any response is due no later than seven days after service of the motion, and any reply is due no later than three days thereafter.

Dkt. 34 at 2.

Given that the Federal Circuit has temporarily stayed this Court's injunction and because the Federal Circuit's stay may remain in place through completion of the parties' anticipated Rule 8 briefing and until further order, BMW respectfully gives notice that it withdraws its corrected motion (Dkt. 33) without prejudice, with the ability to refile if and when such stay is lifted.

3

Dated: January 20, 2026                                     Respectfully submitted,

    /s/ *Lionel M. Lavenue*
  Lionel M. Lavenue (VA Bar No. 49005)
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203-2750
Facsimile:    (202) 408-4400

J. Derek McCorquindale (VA Bar No. 77048)
(*pro hac vice*)
derek.mccorquindale@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203-2768
Facsimile:    (202) 408-4400

Matthew C. Berntsen (MA Bar No. 678533)
matthew.berntsen@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
Telephone:    (617) 646-1618
Facsimile:    (617) 646-1666

Joseph M. Myles (DC Bar No. 1672505)
joseph.myles@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:    (202) 408-4372
Facsimile:    (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 20, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                          /s/ *Lionel M. Lavenue*
                                          Lionel M. Lavenue