# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, | ) ) ) |
| Plaintiff, | ) C.A. No. 6:25-cv-00581-ADA ) ) |
| v. | ) **JURY TRIAL** ) |
| ONESTA IP, LLC, | ) ) ) |
| Defendant. | ) |

## NOTICE OF RECENT DEVELOPMENTS

Plaintiff Bayerische Motoren Werke Aktiengesellschaft ("BMW") respectfully submits this notice to apprise the Court of recent developments in related proceedings that may be relevant to the procedural posture of this case.

- Attached as Exhibit 1 is the February 4, 2026 Joint Unopposed Motion to Temporarily Suspend-in-Part the Procedural Schedule as to Qualcomm, OnePlus, and Nothing Technology in ITC Investigation No. 337-TA-1450, where Onesta and Qualcomm (which makes the chips underlying Onesta's infringement allegations against BMW in Germany) represented that they "have reached an agreement on a binding term sheet."

- Attached as Exhibits 2 (German) and 3 (English machine translation) is Onesta's February 4, 2026 submission to the Munich Regional Court I opposing a temporary stay of its German proceedings against BMW, explaining that BMW successfully "filed an application for an anti-suit injunction … comprising hundreds of pages and two expert opinions," that "the CAFC has [] provisionally suspended Judge Albright's order from the oral hearing on January 13, 2026," accusing BMW of "ongoing delaying tactics," and

1

arguing that it is "reasonable to expect [BMW] to respond to the [German] complaint more than 4 ½ months after it was filed. Even as of today, it still has almost a month to do so." A substantially identical filing was made in the other proceeding concerning a U.S. patent.

BMW submits this notice solely to provide these procedural updates.

                Respectfully submitted,

                /s/ *Lionel M. Lavenue*
                Lionel M. Lavenue (VA Bar No. 49005)

Lionel M. Lavenue (VA Bar No. 49005)
lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice*)
derek.mccorquindale@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203-2700
Facsimile:    (202) 408-4400

Matthew C. Berntsen (MA Bar No. 678533)
matthew.berntsen@finnegan.com
Yi Yang (*pro hac vice*)
Yi.Yang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
Telephone:    (617) 646-1600
Facsimile:    (617) 646-1666

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Joseph M. Myles (DC Bar No. 1672505)
joseph.myles@finnegan.com
David T. Faurie (*pro hac vice*)
david.faurie@finnegan.com
Victor M. Palace (*pro hac vice*)
victor.palace@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>                /s/ *Lionel M. Lavenue*
>                Lionel M. Lavenue (VA Bar No. 49005)