# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, | ) ) ) |
| Plaintiff, | ) C.A. No. 6:25-cv-00581-ADA ) ) |
| v. | ) **JURY TRIAL** ) |
| ONESTA IP, LLC, | ) ) ) |
| Defendant. | ) |

**NOTICE OF RECENT DEVELOPMENTS**

Plaintiff Bayerische Motoren Werke Aktiengesellschaft ("BMW") respectfully submits this Notice of Recent Developments to apprise the Court of recent developments in related proceedings in Germany, which may be relevant to the procedural posture of this pending case.

- Attached as Exhibits 1 (German) and 2 (English machine translation) is the Munich Regional Court I Order, dated February 9, 2026, granting BMW's request to extend the Statement of Defense deadline to March 23, 2026 in one of the two Munich proceedings concerning the U.S. patents at issue, over Onesta's objection. The other Munich proceeding is subject to the same March 23, 2026 deadline, as also extended by the German Court.

- Attached as Exhibits 3 (German) and 4 (English machine translation) is Onesta's unilateral request, as filed February 11, 2026 in the Munich Regional Court I, seeking a stay under Section 251 of the German Code of Civil Procedure (ZPO),[1] in one of the two Munich

---

[1] Section 251 ZPO provides for "Ruhen des Verfahrens" (a stay of proceedings). Under Section 251, the court will stay proceedings, if both parties have petitioned for it, assuming such order is suitable for the purpose intended in light of settlement negotiations or of other sound reasons. *See* https://www.gesetze-im-internet.de/englisch_zpo/englisch_zpo.html#p0923.

1

proceedings concerning the U.S. patents at issue in this case. In the recent filing, Onesta represents that it "no longer has any objections" to BMW's "request to stay the proceedings pursuant to Section 251." Onesta further states that "[t]he request is made in view of the term sheet" concerning "Qualcomm components and bearing in mind that such components are (at least also) the subject matter of the present proceedings." Onesta also requests that the Munich court postpone the hearing currently scheduled for October 14, 2026. A substantially identical Section 251 stay request was filed in the other proceeding concerning a U.S. patent.

BMW submits this notice solely to provide these procedural updates.

                                      Respectfully submitted,

                                      /s/ *Lionel M. Lavenue*
                                      Lionel M. Lavenue (VA Bar No. 49005)

Lionel M. Lavenue (VA Bar No. 49005)
lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice*)
derek.mccorquindale@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:     (571) 203-2700
Facsimile:      (202) 408-4400

Matthew C. Berntsen (MA Bar No. 678533)
matthew.berntsen@finnegan.com
Yi Yang (*pro hac vice*)
Yi.Yang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
Telephone:     (617) 646-1600
Facsimile:      (617) 646-1666

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Joseph M. Myles (DC Bar No. 1672505)
joseph.myles@finnegan.com
David Faurie (*pro hac vice*)
david.faurie@finnegan.com
Victor M. Palace (*pro hac vice*)
victor.palace@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Lionel M. Lavenue
Lionel M. Lavenue (VA Bar No. 49005)