IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>               Plaintiff,<br><br>v.<br><br>ONESTA IP, LLC,<br><br>               Defendant. | )<br>)<br>)<br>)  C.A. No. 6:25-cv-00581-ADA<br>)<br>)<br>)  **JURY TRIAL**<br>)<br>)<br>)<br>) |

**CASE READINESS STATUS REPORT**

Plaintiff Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") and Defendant Onesta IP, LLC[1] ("Onesta"), hereby provide the following status report.

**SCHEDULE**

A scheduling order has not yet been filed. A *Markman* date has not yet been proposed. A trial date has not yet been proposed.

**FILINGS AND EXTENSIONS TO DATE**

BMW AG filed its Complaint for declaratory judgement of patent misuse, non-infringement, and invalidity of U.S. Patent Nos. 8,854,381 (the "'381 Patent") and 8,443,209 (the "'209 Patent") on December 15, 2025 (Dkt. 1). BMW AG executed service of its Complaint on December 16, 2025 (Dkts. 18 and 19).

---

[1] By joining this CRSR, Onesta does not concede that this case is not moot. Dkt. 51. BMW maintains that a case or controversy remains.

On December 15, 2025, the same day it filed the Complaint, BMW AG filed its motion for a temporary restraining order ("TRO") and anti-suit injunction (Dkt. 7). This Court granted BMW AG's motion for a TRO on December 16, 2026 (Dkt. 16).

On December 23, 2025, Onesta filed its response in opposition to BMW AG's TRO and anti-suit injunction motion (Dkt. 20). On December 29, 2025, BMW AG filed its reply in support of its motion for a TRO and anti-suit injunction (Dkt. 21). On December 30, 2025, this Court entered an order extending the TRO and setting a hearing for January 13, 2026 (Dkt. 22). At the January 13, 2026 hearing, this Court orally granted BMW AG's motion for an anti-suit injunction (Dkt. 26) and later memorialized that ruling in a written order entered on February 13, 2026 (Dkt. 50).

On January 13, 2026, Onesta filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit (Dkt. 28). On January 14, 2026, the Federal Circuit denied Onesta's first emergency motion to stay without prejudice (Dkt. 30). On January 15, 2026, this Court entered an order clarifying that its oral anti-suit injunction ruling took immediate effect and intended to provide Onesta with a reasonable "window" to request a stay from the Federal Circuit prior to termination (Dkt. 31).

On January 15, 2026, BMW AG filed a motion to enforce the anti-suit injunction and for an order to show cause why Onesta should not be held in contempt (Dkt. 32, 33). On January 16, 2026, the Federal Circuit entered an order temporarily staying the District Court's injunction order pending further order of the Federal Circuit (Dkt. 34).

On January 27, 2026, BMW AG filed an opposed motion to withdraw its corrected motion to enforce the anti-suit injunction and motion for an order to show cause in view of the Federal Circuit's temporary-stay order (Dkt. 36). On the same day, Onesta filed its response to the motion

to withdraw (Dkt. 37). On January 28, 2026, BMW AG filed its reply in support of the motion to withdraw (Dkt. 38). Later on January 28, 2026, this Court entered an order granting BMW AG's motion to withdraw (Dkt. 39).

Onesta's responsive pleading originally would have been due on January 6, 2026, i.e., within 21 days after being served with BMW AG's original Complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). On January 6, 2026, Onesta filed a motion seeking a 45-day extension of time to answer or otherwise respond. (Dkt. 23). Later on January 6, 2026, this Court granted the motion, and there has therefore been one extension of time for a total of 45 days.

## RESPONSE TO THE COMPLAINT

On February 23, 2026, Onesta responded to BMW AG's Complaint by filing a motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1), or in the alternative, for a stay ("Rule 12 Motion") (Dkt. 51). Onesta has not otherwise answered or responded to the allegations set forth in BMW AG's Complaint.

## PENDING MOTIONS

BMW AG filed a motion for a TRO and anti-suit injunction on December 15, 2025 (Dkt. 7). This Court granted BMW AG's anti-suit injunction on January 13 (Dkt. 26) and later entered a written order on February 13, 2026 (Dkt. 50). The Federal Circuit entered an order temporarily staying the District Court's injunction order pending further order of the Federal Circuit (Dkt. 34). The German cases subject to the Court's ASI are currently pending, and are currently suspended.

Onesta's Rule 12 Motion is pending and not yet fully briefed.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are related cases in this judicial District:

1. *Onesta IP, LLC v. NVIDIA Corporation*, No. 1:25-cv-00586; and

2. *Onesta IP, LLC v. Qualcomm Inc. et al.*, No. 1:25-cv-00587.

## IPR, CBM, AND OTHER PGR FILINGS

There was one IPR, styled *Realtek Semiconductor Corp. v. Advanced Micro Devices, Inc. et al.* No IPR2023-00687 (PTAB), against the '381 patent that was terminated on June 24, 2024 after institution but before final written decision.

There are no known pending IPR, CBM, or other PGR filings concerning the Asserted Patents. For completeness, the Parties note that there are pending EPRs on the '209 Patent (Control No. US 90/015,950) and '381 Patent (Control No. US 90/015,917).

## NUMBER OF ASSERTED PATENTS AND CLAIMS

This matter is an action for declaratory judgment of (1) misuse, (2) non-infringement, and (3) invalidity of the '381 and '209 patents. Onesta moved to dismiss for lack of subject matter jurisdiction. There are no asserted claims.

## APPOINTMENT OF TECHNICAL ADVISOR

The Parties do not believe that a technical adviser is necessary.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted meet and confer on March 2, 2026, by e-mail.

Other than Onesta's Rule 12 Motion (Dkt. 51) and compliance with the Court's ASI Order (Dkts. 26 and 50), the parties have no pre-*Markman* issues to raise at the CMC.

Dated: March 2, 2026  Respectfully submitted,

/s/ Lionel M. Lavenue
Lionel M. Lavenue (VA Bar No. 49005)
lionel.lavenue@finnegan.com
J. Derek McCorquindale (*pro hac vice*)
derek.mccorquindale@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
Telephone:    (571) 203-2700
Facsimile:    (202) 408-4400

Matthew C. Berntsen (MA Bar No. 678533)
matthew.berntsen@finnegan.com
Yi Yang (*pro hac vice*)
Yi.Yang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001
Telephone:    (617) 646-1600
Facsimile:    (617) 646-1666

Aaron L. Parker (*pro hac vice*)
aaron.parker@finnegan.com
Joseph M. Myles (DC Bar No. 1672505)
joseph.myles@finnegan.com
David Faurie (*pro hac vice*)
david.faurie@finnegan.com
Victor M. Palace (*pro hac vice*)
victor.palace@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

*Attorneys for Plaintiff*
*Bayerische Motoren Werke Aktiengesellschaft*

Respectfully submitted,

5

*/s/ Daniel R. Pearson w/ permission*
Jason D. Cassady
Texas Bar No. 24045625
Email: jcassady@caldwellcc.com
Austin Curry
Texas Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
Aisha M. Haley
Texas Bar No. 24139895
Email: ahaley@caldwellcc.com
**CALDWELL CASSADY & CURRY P.C.**
2121 N Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone:   (214) 888-4848
Facsimile:   (214) 888-4849

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

**ATTORNEYS     FOR     DEFENDANT ONESTA IP, LLC**

6

## CERTIFICATE OF SERVICE

    I hereby certify that, on March 2, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                       */s/ Lionel M. Lavenue*
                                                       Lionel M. Lavenue (VA Bar No. 49005)