**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, | ) ) ) | |
| | ) | No. 6:25-cv-00581 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL** |
| | ) | |
| ONESTA IP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now before the Court is Defendant Onesta IP, LLC's Opposed Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, for a Stay. Having considered the Motion, the Court finds that the Motion to Dismiss should be **DENIED.**

The party asserting mootness bears the "formidable burden of showing that it is absolutely clear the allegedly wrongful behavior could not reasonably be expected to recur." *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013) (*citing Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC), Inc.*, 528 U.S. 167, 190 (2000)). Having reviewed the briefs, their exhibits, and the applicable facts and law, the Court finds that Onesta's Motion fails to meet that burden. Accordingly, Onesta's Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby **DENIED.**

**SIGNED** this 8th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE